1
2
3
4
5
6        **IN THE UNITED STATES DISTRICT COURT**
7          **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9    United States of America, | No. CR-18-01695-005-TUC-JAS (EJM) |
| 10       Plaintiff, | **ORDER** |
| 11   v. | |
| 12    Michael Anthony Williams, | |
| 13       Defendant. | |
| 14 | |

15        Pending before the Court is a Report and Recommendation (Doc. 1623) issued by
16  United States Magistrate Judge Markovich that recommends granting Defendant Michael
17  Anthony Williams' Motion to Suppress Evidence (Doc. 1139) and suppressing the
18  evidence seized from the defendant's cell phone.  A review of the record reflects that the
19  parties have not filed any objections to the Report and Recommendation and the time to
20  file objections has expired.  As such, the Court will not consider any objections or new
21  evidence.

22        The Court has reviewed the record and concludes that Magistrate Judge
23  Markovich's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed.
24  R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley*
25  *v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

26        Accordingly, IT IS HEREBY ORDERED as follows:
27  (1) Magistrate Judge Markovich's Report and Recommendation (Doc. 1623) is accepted
28  and adopted.

(2) Defendant's Motion to Suppress Evidence (Doc. 1139) is GRANTED. The evidence seized from the defendant's cell phone is suppressed in accordance with the Report and Recommendation.

Dated this 16th day of June, 2022.

Honorable James A. Soto
United States District Judge